NO. SCWC-29551

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DONALD T. OKIMOTO and KUMIKO OKIMOTO,
Petitioners/Plaintiffs-Appellants

vs.

KURT I. UYEHARA, D.D.S., Respondent/Defendant-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 06-1-0153)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on August 22, 2011 by Petitioners/Plaintiffs-Appellants Donald T. Okimoto and Kumiko Okimoto is hereby rejected.

DATED: Honolulu, Hawai'i, September 26, 2011.

| | |
|---|---|
| Carl H. Osaki; and Wayne M. Sakai, Michiro Iwanaga and Daniel M. Chen (Sakai Iwanaga Sutton Law Group AAL ALC) for petitioners/ plaintiffs-appellants, on the application. | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Simeon R. Acoba, Jr.<br><br>/s/ James E. Duffy, Jr. |
| Sidney K. Ayabe, Diane W. Wong, and Michael J. Van Dyke (Ayabe Chong Nishimoto Sia & Nakamura) for respondent/defendant-appellee, on the opposition. | /s/ Sabrina S. McKenna |

